UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ABC, | 94 Civ. 5904 | 01 Civ. 7813 |
|  | 96 Civ. 6686 | 01 Civ. 7814 |
|  | 99 Civ. 3165 | 01 Civ. 7815 |
| Plaintiff, | 01 Civ. 7805 | 01 Civ. 7816 |
|  | 01 Civ. 7807 | 01 Civ. 8357 |
| - against - | 01 Civ. 7808 | 01 Civ. 8988 |
|  | 01 Civ. 7809 | 02 Civ. 0573 |
| DEF, | 01 Civ. 7810 | 02 Civ. 0835 |
|  | 01 Civ. 7811 | 02 Civ. 6626 |
| Defendant. | 01 Civ. 7812 | 02 Civ. 7841 |
|  | 02 Civ. 8184 | 03 Civ. 6195 |
|  | 04 Civ. 3538 | 04 Civ. 6643 |
|  | 05 Civ. 5921 | 05 Civ. 7949 |
|  | 05 Civ. 10212 | 05 Civ. 10559 |
|  | 05 Civ. 10593 | 06 Civ. 0711 |
|  | 06 Civ. 5847 | 06 Civ. 6317 |
|  | 06 Civ. 7797 | 06 Civ. 12981 |
|  | 07 Civ. 0993 | 07 Civ. 3629 |
|  | 07 Civ. 7225 | 07 Civ. 7953 |
|  | 07 Civ. 8336 | 07 Civ. 8337 |
|  | 07 Civ. 9438 | 07 Civ. 11381 |
|  | 08 Civ. 0944 | 08 Civ. 1877 |
|  | 08 Civ. 4269 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

It is directed that the files in the cases referred to above are to be unsealed.

SO ORDERED.

Dated: New York, New York
October 28, 2008

_____
THOMAS P. GRIESA
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/08